UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

TAJ GRAPHICS ENTERPRISES, LLC

Case No. 22-cv-13010

Honorable Robert J. White

## JUDGMENT

The Court has affirmed the bankruptcy court's November 29, 2022 opinion and order.

Accordingly,

IT IS ORDERED AND ADJUDGED that judgment be and is hereby granted for the Chapter 7 Bankruptcy Trustee, Robert Kattula, and the United States of America and against Prime Financial, Inc. Costs to be permitted in accordance with law.

KINIKIA D. ESSIX
CLERK OF COURT

By: s/Tara Villereal_____
Deputy Clerk

September 30, 2024

Approved: s/Robert J. White_____
Robert J. White
United States District Judge